# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**JOHNNIE B. DENNIS,**

      **Plaintiff,**

**-vs-**                                         **Case No. 6:12-cv-530-Orl-18GJK**

**RICK SCOTT, Governor of State of Florida,**

      **Defendant.**

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT:**

This cause came on for consideration without oral argument on the Court's own review of the docket. On April 6, 2012, Johnnie B. Dennis (the "Plaintiff") initiated this action *pro se* by filing a Civil Rights Complaint Form (the "Complaint") against Rick Scott, the Governor of the State of Florida. Doc. No. 1. The Complaint is a Civil Rights Complaint Form, which is provided to prisoners pursuant to the Prison Litigation Reform Act of 1995. Plaintiff is not currently incarcerated. *See* Doc. No. 1 at 1. The gravamen of Plaintiff's Complaint is that, as a convicted felon, his civil rights are being violated by the Governor of the State of Florida because he is being denied the right to vote. Doc. No. 1 at 1-4. The Complaint makes general reference to the Supremacy Clause of the United States Constitution controlling when a state law conflicts with a federal law. *Id*. at 1. However, no state or federal law has been cited to demonstrate the alleged conflict. Plaintiff requests an order preventing the Governor from denying convicted felons the right to vote after they have completed their criminal sentences.

Doc. No. 1 at 1.

On April 12, 2012, the Court entered an order denying Plaintiff's Affidavit of Indigency (Doc. No. 2) and directing the Plaintiff to file an amended complaint within twenty-one (21) days that complies with Rule 8, Federal Rules of Civil Procedure. Doc. No. 3 at 6-8. The Court provided Plaintiff with detailed instructions regarding how Plaintiff may comply with the requirements of Rule 8 and warned Plaintiff that failure to file an amended complaint in the time provided would result in a recommendation that the case be dismissed without further warning. Doc. No. 3 at 8-9. A copy of the order was sent to Plaintiff by Certified Mail. Doc. Nos. 3 at 9; 6. To date, Plaintiff has failed to file an amended complaint. Accordingly, it is **RECOMMENDED** that the Court dismiss the complaint for failure to comply with this Court's order.

**The Clerk is directed to send Plaintiff a copy of this report and recommendation by Certified Mail**.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

**RECOMMENDED** in Orlando, Florida on June 4, 2012.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Presiding District Judge
**Unrepresented Parties by Certified Mail**