# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

JOHNNIE B. DENNIS,

    Plaintiff,

v.                                                                            Case No: 6:12-cv-530-Orl-18GJK

RICK SCOTT, Governor of the
State of Florida

    Defendant.

## ORDER

This case came on for consideration without oral argument on review by the United States Magistrate Judge for report and recommendation. The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The Court **DISMISSES** the complaint for failure to comply with the Court's order of April 12, 2012. Clerk of the Court is directed to send plaintiff a copy of this order by Certified Mail and **CLOSE** the case.

**DONE AND ORDERED** at Orlando, Florida, this 25 day of June, 2012.

                                                                                     G. KENDALL SHARP
                                                        SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
Unrepresented Parties